# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| SAFI M. RIAZ, BESSIE M. MCADAMS, KEITH O. EDWARDS and PETER H. DARGEL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ADVANCE STORES COMPANY, INC., THE BOARD OF DIRECTORS OF ADVANCE STORES COMPANY, INC., THE RETIREMENT COMMITTEE OF ADVANCE AUTO PARTS, INC. 401(K) PLAN and JOHN DOES 1-30. <br><br> Defendants. | **CIVIL ACTION NO.:** 7:21-cv-00619-MFU |
| DENIECE PAGANS and JANET SWEET, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ADVANCE STORES COMPANY, INCORPORATED and THE RETIREMENT COMMITTEE OF ADVANCE AUTO PARTS, INC. 401(K) PLAN <br><br> Defendants. | **CIVIL ACTION NO.:** 7:21-cv-00549-MFU |

## ORDER CONSOLIDATING CASES

THIS MATTER is before the Court on the Motion to Consolidate filed by Plaintiffs in Civil Action No. 7:21-cv-549, pursuant to Federal Rule of Civil Procedure 42. Because the Motion is unopposed, the cases involve substantially similar questions of law and fact, and for good cause shown, the Motion is GRANTED.

1

For administrative purposes, Civil Action No. 7:21-cv-549 and Civil Action No. 7:21-cv-619 are hereby CONSOLIDATED and MERGED. The parties are DIRECTED to file all future submissions ONLY under Civil Action No. 7:21-cv-549

The Clerk is directed to send a copy of this Order to all counsel of record via the Court's CM/ECF system.

Entered: April 14, 2022 .

Michael F. Urbanski
Chief U.S. District Judge
2022.04.14 13:11:03
-04'00'

_____
Hon. Michael F. Urbanski
Chief United States District Judge